20 So.2d 894

**Augustus (alias Augustas, alias Augusta) HUBBARD v. STATE.**

**6 Div. 124.**

Court of Appeals of Alabama.

Dec. 19, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

20 So.2d 894

**Augustus (alias Augustas, alias Augusta) HUBBARD v. STATE.**

**6 Div. 125.**

Court of Appeals of Alabama.

Jan. 23, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

18 So.2d 117

**J. B. HUDGENS v. Wallace WOOTEN.**

**8 Div. 398.**

Court of Appeals of Alabama.

April 11, 1944.

H. T. Foster, of Scottsboro, for appellant.

Proctor & Snodgrass, of Scottsboro, for appellee.

RICE, Judge.
Appeal dismissed by agreement.

20 So.2d 894

**Jodie HUFF v. STATE.**

**5 Div. 210.**

Court of Appeals of Alabama.

Nov. 28, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

20 So.2d 894

**Willie H. HUMPHRYS v. STATE.**

**6 Div. 133.**

Court of Appeals of Alabama.

Jan. 16, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

17 So.2d 186

**Clarence HUNTER, Sr. v. STATE.**

**6 Div. 40.**

Court of Appeals of Alabama.

Jan. 11, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.